**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00344-CV**

————————————

## IN RE THE FORD MOTOR COMPANY, Relator

————————————

## Original Proceeding on Petition for Writ of Mandamus

————————————

## MEMORANDUM OPINION

Relator, The Ford Motor Company, has filed a petition for writ of mandamus, contending that the trial court abused its discretion when it denied Ford's Rule 91a motion to dismiss.[1] *See* TEX. R. CIV. P. 91a.

---

[1] The underlying case is *Brian Cweren v. The Ford Motor Company, Russell & Smith Ford, Inc., Shane Worsham, Kamron McNulty, and Carroll Mack Smith*, cause number 1242165, pending in County Civil Court at Law No. 3 of Harris County, Texas, the Honorable LaShawn A. Williams presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We lift the stay imposed by our order of May 12, 2025, and dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.